# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Cathy Seibel
Justice, United State District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

April 26, 2024

**VIA ECF**

Re: *Jude v. Morrow, et al.*, 22-cv-10560 (CS)

Dear Judge Seibel:

    By way of substitution of counsel, this office recently appeared on behalf of Plaintiff, Steven Jude. (Dkt. No. 82.) This office also represents Mr. Jude as *pro bono* counsel in a case styled *Jude v. Brown, et al.*, 21-cv-0654 pending before Hon. Lawrence Vilardo in the WDNY. Today, we agreed on the essential terms of a settlement in the *Jude v. Brown* case that also demands the dismissal with prejudice of Mr. Jude's claims in this case, as well as *Jude v. OMH*, 22-cv-7741 pending before Judge Roman, and *Jude v. State of New York*, Claim No. 138575 pending in the New York State Court of Claims. The essential terms represent a fair and reasonable settlement of all cases and were placed on the record before Judge Vilardo today.

    Accordingly, I respectfully request that the Court stay the pending deadlines and give the parties until May 31, 2024 to file a stipulation of dismissal. We anticipate having the Settlement Agreement and Stipulation filed in the WDNY matter by that date and filing notices of dismissal in the other implicated cases thereafter.

Very truly yours,

*/s/ Amy Jane Agnew*

Amy Jane Agnew, Esq.

Cc:    Steven Jude (via USPS)

> Application granted. All pending deadlines are stayed. The 5/20/24 conference is off. The parties shall provide a joint status update no later than 5/31/24 if the stipulation of dismissal is not filed by then.
>
> SO ORDERED.
>
> 4/26/24
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

---

*New York Office*    (973) 600-1724    aj@ajagnew.com    *New Jersey Office*
24 Fifth Avenue, Suite 1701        36 Page Hill Road
New York, NY 10011        Far Hills, NJ 07931