UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jude,

                      Plaintiff(s),

        -against –

Jane Morrow et al,

                      Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-10560 (CS)

<u>Seibel, J.</u>

       It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

       **SO ORDERED**.

Dated:  June 11, 2024
       White Plains, New York

                                                        CATHY SEIBEL, U.S.D.J.